# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 2, 2014

### NO.  03-12-00691-CV

**Grace Shamel and Stephen Shamel, Appellants**

**v.**

**Specialized Loan Servicing, LLC; Deutsche Bank National Trust Company, as Indenture Trustee of The Arch Bay Asset-Backed Securities Trust 2010-2, by its Attorney-in-Fact and Servicer-in-Fact; Specialized Loan Servicing, LLC; Mortgage Electronic Registration Systems, Inc.; Clauklin LLC; and Capital City Relocation, LLC, Appellees**

### APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### AFFIRMED ON REHEARING -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment signed by the district court on August 30, 2012.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment.  We therefore order that the motion for rehearing filed by appellants is denied; that the opinion and judgment dated August 29, 2014, are withdrawn; and that the Court affirms the district court's judgment.  The appellants shall pay all costs relating to this appeal, both in this Court and the court below.